# EXHIBIT D

## Maldonado Bautista v. Noem

No. 5:25-cv-01873-SSS-BFM (C.D. Cal. Dec. 18, 2025) (Dkt. 94)

*Final Judgment vacating the July 8, 2025 Interim Guidance Regarding Detention Authority for Applicants for Admission pursuant to 5 U.S.C. § 706(2).*

# UNITED STATES DISRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lazaro MALDONADO BAUTISTA, *et al.*, on behalf of themselves and others similarly situated, <br><br> *Plaintiffs-Petitioners*, <br><br> v. <br><br> Kristi NOEM, Secretary, Department of Homeland Security; *et al.*, <br><br> *Defendants-Respondents*. | Case No.: 5:25-cv-01873-SSS-BFM <br><br> Judge: The Hon. Sunshine Suzanne Sykes <br><br><br> **FINAL JUDGMENT** |

In light of this Court's Order granting Partial Summary Judgment and Class Certification against Respondents in the instant action [Dkt. No. 93], judgment is hereby **ENTERED** in favor of Petitioners and members of the Bond Eligible Class as follows:

The Court:

1. **DECLARES** that the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a) and are not subject to mandatory detention under § 1225(b)(2).

2. **DECLARES** that, pursuant to Defendants' regulations, *see* 8 C.F.R. §§ 236.1, 1236.1, and 1003.19, the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a), are not subject to mandatory detention under § 1225(b)(2), and are entitled to consideration for release on bond by immigration officers and, if not released, a custody redetermination hearing before an immigration judge.

3. **VACATES** the Department of Homeland Security policy described in the July 8, 2025, "Interim Guidance Regarding Detention Authority for Applicants for Admission" under the Administrative Procedure Act as not in accordance with law. 5 U.S.C. § 706(2)(A).

4. **GRANTS** final judgment as to Claims I, II, and III of the Amended Class Complaint, and certifies those claims for appeal pursuant to Federal Rule of Civil Procedure 54(b).

Dated: December 18, 2025

_____
Hon. Sunshine S. Sykes
United States District Court Judge

JUDGMENT